## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Brenda L. Dumond                          CHAPTER 13
      Clair L. Dumond

                              BKY. NO. 18-10412 TPA

              Debtors

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Ditech Financial LLC as servicer for U.S. BANK, N.A. AS TRUSTEE FOR MANUFACTURED HOUSING CONTRACT SENIOR/SUBORDINATE PASS-THROUGH CERTIFICATE TRUST 2000-6 and index same on the master mailing list.


                    Respectfully submitted,

                    **/s/James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    Attorney I.D. No. 42524
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    412-430-3594
                    jwarmbrodt@kmllawgroup.com