FILED
10/9/18 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CLAIR L. DUMOND<br>BRENDA L. DUMOND | : | Case No. 18-10412-TPA |
| *Debtors* | : | Chapter 13 |
| | : | |
| CLAIR L. DUMOND<br>BRENDA L. DUMOND | : | Related to Doc No. 47 |
| *Movants* | : | |
| | : | |
| v. | : | |
| | : | |
| DITECH FINANCIAL LLC | : | Hearing: October 24, 2018 at 11:00 a.m. |
| *Respondent(s)* | : | |

## ORDER

*AND NOW*, this **9th** day of **October**, **2018**, upon consideration of the ***Debtors' Motion for Extension of Time to File Motion for Loss Mitigation*** filed at Doc. No. 47 ("Motion"),

It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing on the *Motion* will be held on ***October 24, 2018*** at ***11:00 A.M***. in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA.

Counsel for the Debtors and Respondent/Counsel shall personally appear.  Counsel for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, shall have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the Court's questions regarding the status of the pending LMP application. Debtor(s) shall upload a copy of this Order on the Portal. ***Debtors shall personally appear.***

The Movant shall immediately serve a copy of this *Order* on the Respondent and

Counsel for the Respondent, and file a certificate of service within three (3) days.

_____
Thomas P. Agresti, Judge        ljm
United States Bankruptcy Court

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                             Case No. 18-10412-TPA
Clair L. Dumond                                                    Chapter 13
Brenda L. Dumond
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: dkam              Page 1 of 1              Date Rcvd: Oct 09, 2018
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
db/jdb         +Clair L. Dumond,    Brenda L. Dumond,    103 Parker St.,    Oil City, PA 16301-3409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:
              Glenn R. Bartifay    on behalf of Debtor Clair L. Dumond gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
              Glenn R. Bartifay    on behalf of Joint Debtor Brenda L. Dumond gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for U.S. BANK, N.A.
               AS TRUSTEE FOR MANUFACTURED HOUSING CONTRACT SENIOR/SUBORDINATE PASS-THROUGH CERTIFICATE TRUST
               2000-6 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5