IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-10412-TPA |
| CLAIR L. DUMOND and ) | |
| BRENDA L. DUMOND, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| CLAIR L. DUMOND and ) | |
| BRENDA L. DUMOND, ) | |
| ) | |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| DITECH FINANCIAL, LLC, ) | |
| ) | |
| Respondent/Creditor. ) | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order, signed on October 9, 2018, Doc. No. 48, was served as follows:

By electronic mail on October 9, 2018, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Ditech Financial LLC as servicer for U.S. Bank, N.A. as trustee for manufactured housing contract senior/subordinate pass-through certificate trust 2000-6
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular mail on October 18, 2018, addressed as follows:

Brandy Case
Ditech Financial, LLC
1400 Turbine Drive
Rapid City, SD 57703

Dated: <u>October 18, 2018</u>             <u>/s/ Glenn R. Bartifay</u>
                                            GLENN R. BARTIFAY, ESQUIRE
                                            Pa. Id. No. 68763
                                            Counsel for the Debtor

                                            BARTIFAY LAW OFFICES, P.C.
                                            3134 Lillian Avenue, First Floor
                                            Murrysville, PA 15668
                                            (412) 824-4011
                                            gbartifay@bartifaylaw.com