FILED
10/25/18 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-10412-TPA |
| Clair L. Dumond | : | Chapter: 13 |
| Brenda L. Dumond | : | |
| *Debtor(s).* | : | |
| | : | Date: 10/24/2018 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**   #47 Motion to Extend Time to File LMP
*(Debtors to personally appear)*

**APPEARANCES:**

Debtor:   Natasha Alejandro + Debtor in Erie
Trustee:   Jana Pail
Ditech Financial:   James Warmbrodt (video)

**NOTES:**

Alejandro:   Debtors making lower monthly payments when Debtor wife's. Our office is making the payment. I'm ready to send in packet today, I have all the info.

Pail:   I'm working full time now. Direct payments to Trustee.

Dumond:   $713 behind in plan payments. Next month may be able to pay additional funds. I will add $50 per month to payment.

Warmbrodt:   No objection to extending LMP

**OUTCOME:**   GRANTED, extended 60 days / MOE

ljm