FILED
10/25/18 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-10412-TPA |
| CLAIR L. DUMOND and BRENDA L. DUMOND, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | Rel to Doc No. 47 |
| ) | |
| CLAIR L. DUMOND and BRENDA L. DUMOND, ) | |
| ) | |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| DITECH FINANCIAL, LLC, ) | |
| ) | |
| Respondent/Creditor. ) | |

## ORDER OF COURT

AND NOW, to wit, this __24th__ day of _____October_____, 2018, it is hereby ORDERED that Movants/Debtors Clair L. Dumond and Brenda L. Dumond are granted an extension up to and including DEC. 31, 2018 to file a motion for loss mitigation.

BY THE COURT:

_____
THOMAS P. AGRESTI,
U.S. District Court Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 18-10412-TPA
Clair L. Dumond                                                      Chapter 13
Brenda L. Dumond
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: dkam              Page 1 of 1            Date Rcvd: Oct 25, 2018
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
db/jdb         +Clair L. Dumond,   Brenda L. Dumond,   103 Parker St.,   Oil City, PA 16301-3409
               +Natasha C. Alejandro, Esq,   BARTIFAY LAW OFFICES, P.C.,   3134 Lillian Avenue, First Floor,
                 Murrysville, PA 15668-1868

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              Glenn R. Bartifay    on behalf of Debtor Clair L. Dumond gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
              Glenn R. Bartifay    on behalf of Joint Debtor Brenda L. Dumond gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
              James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC as servicer for U.S. BANK, N.A.
               AS TRUSTEE FOR MANUFACTURED HOUSING CONTRACT SENIOR/SUBORDINATE PASS-THROUGH CERTIFICATE TRUST
               2000-6 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5