FILED
10/26/18 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO.  18-10412-TPA |
| CLAIR L. DUMOND and BRENDA L. DUMOND, | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | Related to Document No. 53 |
| _____ | ) | |
| | ) | |
| CLAIR L. DUMOND and BRENDA L. DUMOND, | ) | |
| | ) | |
| Movants/Debtors, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DITECH FINANCIAL, LLC, | ) | |
| | ) | |
| Respondent/Creditor. | ) | |

### LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by Debtors Clair L. Dumond and Brenda L. Dumond on October 25, 2018.  The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

***AND NOW***, this __26th__ day of _____October_____, ***2018***, it is hereby ***ORDERED*** that:

(1)    The following parties are directed to participate in the Court's ***Loss Mitigation Program*** (**LMP**) as set forth in *W.PA.LBR 9020-1* through *9020-7*.

Debtor:    Clair L. Dumond_____

Debtor:    Brenda L. Dumond_____

Creditor:    Ditech Financial, LLC_____

(2)    ***During the Loss Mitigation Period***, the Debtors shall make (or cause to be made) adequate protection payments in the amount of $454.80 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to

*W.PA.LBR 9020-4(b).*

(4)      *Within seven (7) days from the entry of this Order* or Creditor's registration on the Portal, whichever is later, the Debtors shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c).*

(5)      *Within fourteen (14) days of the debtor's submission of the Core LMP Package*, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d).*

(6)      *Within sixty (60) days from the entry of this Order*, the Debtors shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e).*

(7)      *One hundred twenty (120) days from the entry of this Order,* the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b).*

(8)      *Within seven (7) days of the termination of the Loss Mitigation Period*, the Debtors shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f).*

(9)      Debtors shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

THOMAS P. AGRESTI,                    **jlm**
U.S. District Court Bankruptcy Judge

**PAWB Local Form 41 (06/17)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-10412-TPA
Clair L. Dumond                                                 Chapter 13
Brenda L. Dumond
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: dkam           Page 1 of 1           Date Rcvd: Oct 26, 2018
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db/jdb       +Clair L. Dumond,    Brenda L. Dumond,    103 Parker St.,    Oil City, PA 16301-3409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
          Glenn R. Bartifay    on behalf of Debtor Clair L. Dumond gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
          Glenn R. Bartifay    on behalf of Joint Debtor Brenda L. Dumond gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
          James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC as servicer for U.S. BANK, N.A.
           AS TRUSTEE FOR MANUFACTURED HOUSING CONTRACT SENIOR/SUBORDINATE PASS-THROUGH CERTIFICATE TRUST
           2000-6 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 5