IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-10412-TPA |
| CLAIR L. DUMOND and BRENDA L. ) | |
| DUMOND, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| CLAIR L. DUMOND and BRENDA L. ) | |
| DUMOND, ) | |
| ) | |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| DITECH FINANCIAL, LLC, ) | |
| ) | |
| Respondent/Creditor. ) | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order dated October 26, 2018, Doc. No. 54, was served as follows:

By electronic mail on October 26, 2018, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz on behalf of creditor U.S. Bank, N.A. as Trustee of Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6
RSolarz@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular mail on October 29, 2018, addressed as follows:

Brandy Case
Ditech Financial, LLC
1400 Turbine Drive
Rapid City, SD 57703

Dated: October 29, 2018 /s/ Natasha C. Alejandro
NATASHA C. ALEJANDRO, ESQUIRE
Pa. Id. No. 316860
Attorney for Debtor

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue, First Floor
Murrysville, PA 15668
(412) 824-4011
nalejandro@bartifaylaw.com