Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Clair L. Dumond
Brenda L. Dumond**
   Debtor(s)

Bankruptcy Case No.: 18–10412–TPA
Related to Docket No. 76
Chapter: 13
Docket No.: 77 – 76
Concil. Conf.: 5/5/20 at 10:30 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **March 30, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **April 20, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **5/5/20** at **10:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 14, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 18-10412-TPA
Clair L. Dumond                                                         Chapter 13
Brenda L. Dumond
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-1           User: lmar                   Page 1 of 2                   Date Rcvd: Feb 14, 2020
                               Form ID: 213                 Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db/jdb         +Clair L. Dumond,    Brenda L. Dumond,    103 Parker St.,   Oil City, PA 16301-3409
14823886       +Auto Divide, Inc.,    3920 State Rt. 257,    Seneca, PA 16346-3440
14852972       +Beneficial Consumer Discount Company,     1421 W. Shure Drive,    Arlington Heights, IL 60004-7818
14823893     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court: Ditech Financial Llc,      332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
14823890       +Debt Rec Sol,    6800 Jericho Turnpike,    Syosset, NY 11791-4436
14852973       +First National Bank of Pennsylvania,     4140 East State Street,    Hermitage, PA 16148-3401
14823897       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14869100        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14869019        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14927286        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
14852975       +Venango County Tax Claim Bureau,    P.O. Box 831,    Franklin, PA 16323-0831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Feb 15 2020 02:44:58     Ditech Financial LLC,
                 PO Box 0049,   Palatine, IL 60055-0001
14823887       +E-mail/Text: matthartweg@cbjcredit.com Feb 15 2020 02:45:45     Cbj Credit Recovery,
                 117 W 4th St,   Jamestown, NY 14701-5005
14823888       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2020 02:45:01     Comenitybk/bonton,
                 Po Box 182789,   Columbus, OH 43218-2789
14823889       +E-mail/Text: bankruptcy@consumerportfolio.com Feb 15 2020 02:45:27     Consumer Portfolio Svc,
                 Po Box 57071,   Irvine, CA 92619-7071
14823892        E-mail/Text: Boldfield@devilleltd.com Feb 15 2020 02:44:53     Deville Asset Manageme,
                 P.O. Box 1987,   Colleyville, TX 76034
14823891       +E-mail/Text: electronicbkydocs@nelnet.net Feb 15 2020 02:45:24     Dept Of Education/neln,
                 3015 Parker Rd,   Aurora, CO 80014-2904
14873939        E-mail/Text: G06041@att.com Feb 15 2020 02:45:33     Directv, LLC,
                 by American InfoSource LP as agent,    PO Box 5008,   Carol Stream, IL  60197-5008
14972076        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 15 2020 02:45:29     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,   St Cloud MN 56302
14877064        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2020 02:51:07
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14823894       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2020 02:51:38     Lvnv Funding Llc,
                 Po Box 1269,   Greenville, SC 29602-1269
14859860        E-mail/PDF: cbp@onemainfinancial.com Feb 15 2020 02:51:24     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14823895       +E-mail/PDF: cbp@onemainfinancial.com Feb 15 2020 02:51:24     Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
14870557        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 02:51:33
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14824561       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 03:23:37
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14823896       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 02:51:35
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14872509        E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2020 02:45:04
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14823898        E-mail/PDF: cbp@onemainfinancial.com Feb 15 2020 02:50:56     Springleaf Financial S,
                 18947 Park Avenue Plz #,    Meadville, PA 16335
14868041        E-mail/Text: bankruptcy.bnc@ditech.com Feb 15 2020 02:44:58
                 U.S. Bank, N.A. as Trustee for Manufactured Housin,    c/o Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
14852974        E-mail/Text: BankruptcyNotice@upmc.edu Feb 15 2020 02:45:40     UPMC,   200 Lothrop Street,
                 Pittsburgh, PA 15213-2582
14873157        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2020 03:02:40     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC as servicer for U.S. BANK, N.
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems,     PO Box 7999,
                 St Cloud, MN  56302-9617)
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1           User: lmar                  Page 2 of 2                  Date Rcvd: Feb 14, 2020
                               Form ID: 213                Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:

```
          Glenn R. Bartifay    on behalf of Debtor Clair L. Dumond gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.
           com
          Glenn R. Bartifay    on behalf of Joint Debtor Brenda L. Dumond gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.
           com
          Glenn R. Bartifay    on behalf of Plaintiff Brenda L. Dumond gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.
           com
          Glenn R. Bartifay    on behalf of Plaintiff Clair L. Dumond gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.
           com
          James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC as servicer for U.S. BANK, N.A.
           AS TRUSTEE FOR MANUFACTURED HOUSING CONTRACT SENIOR/SUBORDINATE PASS-THROUGH CERTIFICATE TRUST
           2000-6 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```