Form 309

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Clair L. Dumond** | : | Case No. 18−10412−TPA |
| **Brenda L. Dumond** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 3rd of April, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 18-10412-TPA
Clair L. Dumond                                                     Chapter 13
Brenda L. Dumond
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: jmar                   Page 1 of 2                  Date Rcvd: Apr 03, 2020
                              Form ID: 309                 Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
db/jdb         +Clair L. Dumond,   Brenda L. Dumond,   103 Parker St.,   Oil City, PA 16301-3409
14823886       +Auto Divide, Inc.,   3920 State Rt. 257,   Seneca, PA 16346-3440
14852972       +Beneficial Consumer Discount Company,   1421 W. Shure Drive,   Arlington Heights, IL 60004-7818
14823893     ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court: Ditech Financial Llc,   332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
14823890       +Debt Rec Sol,   6800 Jericho Turnpike,   Syosset, NY 11791-4436
14852973       +First National Bank of Pennsylvania,   4140 East State Street,   Hermitage, PA 16148-3401
14869100        UPMC Health Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14869019        UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14852975       +Venango County Tax Claim Bureau,   P.O. Box 831,   Franklin, PA 16323-0831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Apr 04 2020 03:48:02     Ditech Financial LLC,
                 PO Box 0049,   Palatine, IL 60055-0001
14823887       +E-mail/Text: matthartweg@cbjcredit.com Apr 04 2020 03:48:16     Cbj Credit Recovery,
                 117 W 4th St,   Jamestown, NY 14701-5005
14823888       +EDI: WFNNB.COM Apr 04 2020 07:13:00      Comenitybk/bonton,   Po Box 182789,
                 Columbus, OH 43218-2789
14823889       +E-mail/Text: bankruptcy@consumerportfolio.com Apr 04 2020 03:48:11     Consumer Portfolio Svc,
                 Po Box 57071,   Irvine, CA 92619-7071
14823892        E-mail/Text: Boldfield@devilleltd.com Apr 04 2020 03:48:00     Deville Asset Manageme,
                 P.O. Box 1987,   Colleyville, TX 76034
14823891       +E-mail/Text: electronicbkydocs@nelnet.net Apr 04 2020 03:48:11     Dept Of Education/neln,
                 3015 Parker Rd,   Aurora, CO 80014-2904
14873939        EDI: DIRECTV.COM Apr 04 2020 07:13:00      Directv, LLC,   by American InfoSource LP as agent,
                 PO Box 5008,   Carol Stream, IL  60197-5008
14972076        EDI: JEFFERSONCAP.COM Apr 04 2020 07:13:00      JEFFERSON CAPITAL SYSTEMS LLC,   PO Box 7999,
                 St Cloud MN 56302
14877064        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2020 04:00:36
                 LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14823894       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2020 03:58:24     Lvnv Funding Llc,
                 Po Box 1269,   Greenville, SC 29602-1269
14859860        EDI: AGFINANCE.COM Apr 04 2020 07:13:00      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14823895       +EDI: AGFINANCE.COM Apr 04 2020 07:13:00      Onemain,   Po Box 1010,   Evansville, IN 47706-1010
14870557        EDI: PRA.COM Apr 04 2020 07:13:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14824561       +EDI: PRA.COM Apr 04 2020 07:13:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14823896       +EDI: PRA.COM Apr 04 2020 07:13:00      Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
14872509        EDI: Q3G.COM Apr 04 2020 07:13:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
14823898        EDI: AGFINANCE.COM Apr 04 2020 07:13:00      Springleaf Financial S,   18947 Park Avenue Plz #,
                 Meadville, PA 16335
14823897       +EDI: DRIV.COM Apr 04 2020 07:13:00      Santander Consumer Usa,   Po Box 961245,
                 Ft Worth, TX 76161-0244
14868041        E-mail/Text: bankruptcy.bnc@ditech.com Apr 04 2020 03:48:02
                 U.S. Bank, N.A. as Trustee for Manufactured Housin,   c/o Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
14852974        E-mail/Text: BankruptcyNotice@upmc.edu Apr 04 2020 03:48:14     UPMC,   200 Lothrop Street,
                 Pittsburgh, PA 15213-2582
14927286        EDI: ECMC.COM Apr 04 2020 07:13:00      US Department of Education,   PO Box 16448,
                 St. Paul, MN 55116-0448
14873157        EDI: AIS.COM Apr 04 2020 07:13:00      Verizon,   by American InfoSource LP as agent,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC as servicer for U.S. BANK, N.
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems,   PO Box 7999,
                 St Cloud, MN  56302-9617)
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1          User: jmar              Page 2 of 2                  Date Rcvd: Apr 03, 2020
                              Form ID: 309            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:

```
          Glenn R. Bartifay    on behalf of Debtor Clair L. Dumond gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          Glenn R. Bartifay    on behalf of Joint Debtor Brenda L. Dumond gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          Glenn R. Bartifay    on behalf of Plaintiff Brenda L. Dumond gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          Glenn R. Bartifay    on behalf of Plaintiff Clair L. Dumond gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC as servicer for U.S. BANK, N.A.
           AS TRUSTEE FOR MANUFACTURED HOUSING CONTRACT SENIOR/SUBORDINATE PASS-THROUGH CERTIFICATE TRUST
           2000-6 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```