**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CLAIR L. DUMOND
BRENDA L. DUMOND
    Debtor(s)

Case No.:18-10412 TPA

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/30/2018 and confirmed on 06/19/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 28,125.80 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 28,125.80 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,004.11 | |
|   Trustee Fee | 1,166.40 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,170.51 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK NA - TRUSTEE<br>  Acct: 7919 | 0.00 | 18,793.49 | 0.00 | 18,793.49 |
| US BANK NA - TRUSTEE<br>  Acct: 7919 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE<br>  Acct: 7919 | 28,521.30 | 0.00 | 0.00 | 0.00 |
| VENANGO COUNTY TAX CLAIM BUREAU*<br>  Acct: 5171 | 4,135.41 | 0.00 | 200.68 | 200.68 |
| VENANGO COUNTY TAX CLAIM BUREAU*<br>  Acct: 5169 | 184.94 | 0.00 | 0.00 | 0.00 |
| VENANGO COUNTY TAX CLAIM BUREAU*<br>  Acct: 5111 | 1,793.27 | 0.00 | 87.02 | 87.02 |
| VENANGO COUNTY TAX CLAIM BUREAU*<br>  Acct: 5110 | 372.96 | 0.00 | 16.25 | 16.25 |
| VENANGO COUNTY TAX CLAIM BUREAU*<br>  Acct: 5109 | 372.95 | 0.00 | 16.25 | 16.25 |
| ONE MAIN FINANCIAL GROUP LLC(*)<br>  Acct: 9807 | 5,868.52 | 3,470.12 | 517.70 | 3,987.82 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 23,101.51 |
| **Priority** | | | | |
| GLENN R BARTIFAY ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIR L. DUMOND<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BARTIFAY LAW OFFICES PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GLENN R BARTIFAY ESQ<br>Acct: | 4,000.00 | 2,004.11 | 0.00 | 0.00 |
| GLENN R BARTIFAY ESQ<br>Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| GLENN R BARTIFAY ESQ<br>Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| AUTO DIVIDE<br>Acct: 2257 | 6,300.00 | 1,853.78 | 0.00 | 1,853.78 |
| US BANK NA - TRUSTEE<br>Acct: 7919 | 35.77 | 0.00 | 0.00 | 0.00 |
| | | | | 1,853.78 |
| **Unsecured** | | | | |
| BENEFICIAL CONSUMER DISCOUNT CO**+<br>Acct: 2960 | 0.00 | 0.00 | 0.00 | 0.00 |
| CBJ CREDIT RECOVERY<br>Acct: 7361 | 511.40 | 0.00 | 0.00 | 0.00 |
| CBJ CREDIT RECOVERY<br>Acct: 9512 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 6689 | 503.80 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 9766 | 15,641.83 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP<br>Acct: 0001 | 496.05 | 0.00 | 0.00 | 0.00 |
| NELNET<br>Acct: 5965 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION**<br>Acct: 7361 | 8,961.56 | 0.00 | 0.00 | 0.00 |
| DEVILLE ASSET MANAGEMENT LIMITED<br>Acct: 7361 | 9,610.35 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 1173 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 5674 | 1,330.12 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 5466 | 589.28 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA**<br>Acct: 1000 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES INC(*)<br>Acct: 1549 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES<br>Acct: 2257 | 11,942.72 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 5466 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES<br>Acct: 2257 | 1,491.61 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES<br>Acct: 7361 | 216.80 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES<br>Acct: 7361 | 9,702.00 | 0.00 | 0.00 | 0.00 |

| 18-10412 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| | | | | | |
|---|---|---|---|---|---|
| | DIRECTV LLC BY AMERICAN INFOSOURCE | 932.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 3931 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 24,955.29 |
|---|---|---|

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 6,335.77 |
| SECURED | 41,249.35 |
| UNSECURED | 61,929.73 |

Date: 05/01/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com